UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Rodriguez

    v.                                  Case No. 13-cv-131-PB

Town of Weare, et al

O R D E R

I hereby recuse myself from presiding over this case as Attorney Corey Belobrow has filed an appearance on behalf of Joseph Kelley

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: April 17, 2013

cc: Counsel of Record