```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

William Rodriguez

    v.                              Civil No. 13-cv-131-JL

Town of Weare, et al.

## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **June 24, 2013**.

The case is stayed until the Court of Appeals issues its decision in the Gericke case, No. 12-2326, or **December 16, 2013**, whichever is sooner.

Based on the discussions between the court and counsel at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- Counts 3 and 9.

The court further notes that Counts 6 and 7 of the complaint do not assert claims against defendant Peterson.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: June 25, 2013

cc: Brandon D. Ross, Esq.
    Charles P. Bauer, Esq.
    Garry R. Lane, Esq.
    Corey M. Belobrow, Esq.